UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Noura Yousef,

    Defendant.

-------------------------------------------------------x

ORDER

Docket No. 19 CR 00269 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Joseph A. Vita, Esq., is to assume representation of the defendant in the above captioned matter as of November 17, 2021. Mr. Vita is appointed pursuant to the Criminal Justice Act. His address is 52 Irenhyl Avenue, Port Chester, NY 10573, phone number (914) 939-5401; Email: joev63542@aol.com

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
    November 17, 2021